EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 21 2003

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03 00418 DAE |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 751] |
| ) | |
| MARK A. SILVA, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about June 5, 2003, in the District of Hawaii, the defendant, MARK A. SILVA, knowingly and intentionally escaped from custody in Miller Hale, an institution and facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Hawaii by virtue of conviction

for possession with intent to distribute cocaine base, a felony offense, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 751(a).

DATED: August 21, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney